NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BERNAL, an Individual, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>MOTT'S LLP, a Delaware Limited Liability Partnership; KEURIG DR PEPPER INC., a Delaware Corporation; DR PEPPER/SEVEN UP, INC., a Delaware Corporation; DR PEPPER SNAPPLE GROUP, INC., a Delaware Corporation; and DOES 1 through 100, Inclusive,<br><br>            Defendants. | Case No. 5:23-cv-00848-FWS-SHK<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT [11]**<br><br>Assigned for All Purposes to the Honorable Fred W. Slaughter. |

///

///

///

Having reviewed and considered the Parties' Stipulation to Remand Case to State Court [11] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **REMANDED** to the Superior Court of San Bernardino County, State of California, for all further proceedings.

2. The District Court Clerk is directed to: (a) enter this Order; (b) provide copies of the Order to counsel; (c) mail a certified copy of this Order to the Clerk of the Superior Court of San Bernardino County, State of California; and (d) **CLOSE** this file.

3. The Parties shall bear their respective fees and costs related to the remand of this action.

**IT IS SO ORDERED**.

Dated: June 12, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE